UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KIM E. MOITOZA, as Administratrix and on behalf of all beneficiaries of the Estate of Charles H. Erinakes<br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>C.A. No. 16-cv-00391-M-LDA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kim E. Moitoza, as Administratrix and on behalf of all beneficiaries of the Estate of Charles H. Erinakes, and Defendant United States of America, by and through their respective undersigned counsel, hereby stipulate and agree that this action, and all claims by Plaintiff against Defendant, are voluntarily dismissed in their entirety, with prejudice, each party to bear its own fees, costs, and expenses.

Respectfully submitted,

| | |
|---|---|
| KIM E. MOITOZA, as Administratrix and on behalf of all beneficiaries of the Estate of Charles H. Erinakes | THE UNITED STATES OF AMERICA |
| By her attorney, | By Its attorney,<br>STEPHEN G. DAMBRUCH<br>United States Attorney |
| /s/ Amato A. DeLuca<br>Amato A. DeLuca, Esq.<br>Deluca & Weizenbaum, Ltd.<br>199 North Main Street<br>Providence, RI 02903<br>(401) 453-1500<br>shad@dwlaw.us | /s/ Bethany N. Wong<br>Bethany N. Wong, Esq.<br>Assistant U.S. Attorney<br>50 Kennedy Plaza, 8th Floor<br>Providence, RI 02903<br>(401) 709-5000<br>bethany.wong@usdoj.gov |

SO ORDERED:

_____        Dated: _____, 2018
Hon. John J. McConnell, Jr.
U.S. District Court Judge
District of Rhode Island

2